**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 30SD-CV-3204312 | 1/6/2020 8:00AM | Jenny Cadwell |

Inventory made in the presence of :

—

Inventory of the property taken and name of any person(s) seized:

nothing seized.

FILED
JAN 14 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: ____________________

______________________________
*Executing officer's signature*

______________________________
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

2013 Black Chevrolet Tahoe SUV (OH) HTT3840

Case No. 5 : 20 MJ 1003

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Ohio *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A, which is incorporated herein by reference.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B, which is incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before 1/16/20 *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Kathleen B. Burke, U.S. Magistrate Judge.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _______ days *(not to exceed 30)*.
☐until, the facts justifying, the later specific date of _______.

Date and time issued: 1/2/20 @ 4:12pm
*Judge's signature*

City and state: Akron, Ohio

Kathleen B. Burke, U.S. Magistrate Judge
*Printed name and title*

دل الرياح